**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA MITCHELL, ETC., ET AL., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF RIVERSIDE, JERRY ABBOTT, MANUEL CAMPOS, <br><br> Defendants. | CASE NO. ED CV 07-0419 VAP (OPx) <br><br> **JUDGMENT AFTER JURY TRIAL** |

This matter came on regularly for jury trial on October 28, 2008. Carl E. Douglas and Drew Antablin. appeared on behalf of plaintiff, Wanda Mitchell in her individual and representative capacities. Arthur K. Cunningham and Rosemary B. Koo appeared on behalf of defendants, County of Riverside, Jerry Abbott, and Manuel Campos.

A jury of 8 persons was impaneled and sworn. Opening statements were made. Witnesses were called and testified. Evidence was presented and admitted. Both sides rested. The jury was instructed in the law. Closing arguments were made.

The jury commenced deliberations and on November 10, 2008, the jury returned a unanimous verdict as follows:

Did defendants Jerry ABBOTT or Manuel CAMPOS, or both, use excessive force when restraining RAYMOND MITCHELL?

| | | |
|---|---|---|
| JERRY ABBOTT | -- | NO |
| MANUEL CAMPOS | -- | NO |

\* \* \*

"Was Defendant Jerry ABBOTT or Defendant Manuel CAMPOS, or both, negligent?

| | | |
|---|---|---|
| JERRY ABBOTT | -- | NO |
| MANUEL CAMPOS | -- | NO |

Based upon the unanimous jury verdict and good cause appearing therefor **IT IS ORDERED, ADJUDGED and DECREED** that; the plaintiff, WANDA MITCHELL, shall take nothing herein; that judgment shall be for the defendants, and each of them; and that Defendants, County of Riverside, Jerry Abbott, and Manuel Campos shall be awarded costs pursuant to a Bill of Costs to be filed.

Dated: December 4, 2008

_____
Hon. Virginia A. Phillips
United States District Judge

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 EAST HOSPITALITY LANE, SUITE 600
SAN BERNARDINO, CALIFORNIA 92408-1130
TELEPHONE (909) 387-1130

4829-7811-5843.1

APPROVED AS TO FORM:

DATED: _____  LAW OFFICES OF CAROL E. DOUGLAS

By: _____
Carol E. Douglas
Drew Antablin
Attorneys for plaintiff Wanda Mitchell

DATED: 11/23/08  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Arthur K. Cunningham
Attorneys for Defendants,
County of Riverside, Jerry Abbott and
Manuel Campos

4829-7011-5543.1

JUDGMENT AFTER JURY TRIAL